IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

SABRINA KILBY,　　　　　　　　　　CASE NO.: 4:13-cv-00024-RH-CAS
　　PLAINTIFF,

　　　　　　　　　　　　　　　　　　CIVIL ACTION
Vs.

M.G. CREDIT INC., d/b/a MG CREDIT,
　　DEFENDANT.
_____/

## FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

1.) This is an action for actual and statutory damages brought by Plaintiff, SABRINA KILBY, an individual consumer, against Defendant, M.G. CREDIT INC., d/b/a MG CREDIT, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices and the Florida Consumer Collection Practices Act, Fla. Stat. 559.551 et. seq.

### JURISDICTION

2.) Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant engages in debt collection here and the conduct complained of occurred here.

### PARTIES

3.) Plaintiff, Sabrina Kilby, is a natural person residing in Tallahassee, Leon County, Florida who received a collection communication (Exhibit A) from the Defendant, M.G. Credit Inc., d/b/a MG Credit, at her residence.

4.) Defendant, M.G. Credit Inc., d/b/a MG Credit (Hereinafter M.G. Credit) is a Florida Corporation engaged in the business of collecting debt in this state with a principal place of business located at 5115 San Juan Ave, Jacksonville, Florida 32210. The principal purpose of the Defendant is the collection of debts in this state and the Defendant regularly attempt to collect debts alleged to be due to another.

5.) Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) and the FCCPA, Fla. Stat. § 559.55(6).

## FACTUAL ALLEGATIONS

6.) On or about September 21, 2012 Defendant, M.G. Credit sent a collection letter (Exhibit A) to the Plaintiff, Sabrina Kilby, seeking to collect an alleged $11,325.63 debt arising from a charges imposed by the Plaintiff's former landlord, Camaron at Woodcrest, a residential apartment complex.

7.) On or about October 1, 2012 the Plaintiff received the collection communications from the Defendant.

8.) Upon receiving the collection letter the Plaintiff contacted the Defendant and spoke with an employee who identified himself as "Bill Cross". The Plaintiff inquired regarding the debt and was told that she would be provided with a copy of the charges.

9.) On or about October 12, 2012 the Plaintiff received an account statement (exhibit B) that stated her amount owed to Cameron at Woodcrest was $7,550.42.

10.) Upon information and belief, the Defendant, added $3,775.21 to the amount of the original debt. The original debt is equal to 67% of the amount claimed owed by the Defendant.

## First Claim
## Violation of FDCPA

11.) Plaintiff repeats and realleges and incorporates by reference, paragraphs one through ten above.

12.) Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a. By using false and misleading representation or means in collection with any debt, in violation of 15 U.S.C. §1692e(2)(A) by falsely representing the amount owed to the original creditor.

    b. By using false and misleading representation or means in collection with any debt in violation of 15 U.S.C. §1692e(2)(B) by falsely including a collection surcharge upon the debt recovery of such a surcharge is not allowed by contract or statute.

13.) As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for declaratory judgment that Defendant's conduct violated the FDCPA, and Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## Second Claim
## Violation of the Florida Consumer Collection Practices Act

14.) Plaintiff incorporates by reference paragraphs 1 through 10.

15.) Defendant violated the Florida Consumer Collection Practices Act. The violations include, but are not limited to:

    a. Claiming, attempting, or threatening to enforce a debt of $11,325.63 while knowing that the debt was not legitimate in violation of Fla. Stat. § 559.72(9).

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant, M.G. Credit, for the following:

a.) Declaratory judgment that Defendant's conduct violated the FDCPA and the FCCPA and injunctive relief for the Defendant's violations of the FDCPA and the FCCPA.

b.) Actual damages determined by the trier of fact pursuant to 15 U.S.C. § 1692k and Fla. Stat. § 559.77(2).

c.) Statutory damages pursuant to 15 U.S.C. § 1692k and Fla. Stat. § 559.77(2).

d.) Punitive damages within the discretion of the Court pursuant to Fla. Stat. § 559.77(2)

e.) Trial by jury on all issues so triable.

f.) Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k. and Fla. Stat. § 559.77(2).

g.) For such other and further relief as may be just and proper.

/S/ David H. Abrams
David H. Abrams, Esq.
Attorney for the Plaintiff
Fla. Bar No.: 0692484
PO Box 3298
Tallahassee, Florida 32315
(850)224-7653 Telephone
(850)222-0206 Facsimile
eservice@abramsmasterson.com

Exhibit A

PO Box 61899
Jacksonville, FL 32236-1899    1 2 00000093
                                181394



P.O. Box 61899, Jacksonville, FL 32236
Phone #800-387-6503
904-387-6503

   September 21, 2012

MGCC/774281/00100

SABRINA KILBY
603 FULTON RD APT I88
TALLAHASSEE, FL 32312-2215

Re: CAMARON AT WOODCREST
Account #: ▶ ████281
Current Balance: ▶ $11,325.63

---

**Past Due Balance**

Re:  **CAMARON AT WOODCREST**
Account #:                                 ▶    ████281
Current Balance:                     ▶    $11,325.63

Your account has been assigned to this agency for collection.

Please mail your remittance to our office so this claim may be cleared and released for you.

Protect your credit by making payment in full.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
C. Wood
M.G. Credit

### PAYMENT OPTIONS

**Payments By Phone**
Please Call 800-387-6503
904-387-6503
Visa, MasterCard
Debit Card
Check By Phone

**Payments By Internet**
www.mgcredit.com
Visa, MasterCard, Debit Card
and Check (ACH) accepted

**Payments By Mail**
Visa, MasterCard
Check
(You can use the return envelope provided and the bottom portion of this notice for your convenience.)



*[Handwritten notes:]* X Bill #404   dispute $5000   1800 cleaning   left over credit fee's   20th - judgment   report to Credit   NOV 1

▼ Detach Bottom Portion And Return With Payment ▼

Exhibit B

0/25/12                     (no subject) - paul@abramsmasterson.com - David H Abrams Law Mail

+You   Search   Images   Mail   Drive   Calendar   Sites   Groups   Contacts   More ▼

Google                                                                                                          pa
                                  Click here to enable desktop notifications for David H Abrams Law Mail.   Learn more   Hide
Mail                                                                              More                        1 of 74

COMPOSE         (no subject)    Inbox x                                                                         Jen
                                                                                                                jen@mgc
Inbox (14)      Jen jen@mgcredit.com                                        2:24 PM (21 hours ago) ☆
Starred         to me
Important
Sent Mail
Drafts
BK Address Chan...
Inbox/NACA (12)
Inbox/Notices
More

Search people...
David Abrams
attorney
c7dda007e+ma...
c7dda007e+ma...
c7dda007e+ma...
c7dda007e+ma...
c7dda007e+ma...
c7dda007e+ma...
c7dda007e+ma...
Sharon Stephens

M.G. Credit
P. O. Box 61899
Jacksonville, Fl 32236
904-387-6503

774281
Sabrina Kilby
603 FULTON RD #188
TALLAHASSEE, FL 32312

Account #: ▓▓▓▓68 - CAMARON AT WOODCREST
Current Balance: $11,325.63

We are sending the enclosed for the following reason(s):

( )   Missing or incomplete signature.

( )   Please send more post dated checks.

( )   NSF check returned per your request.

( )   Unreadable payment and unable to identify account name.

(x)   Copy of your contract or invoice per your request.

      ( )   We are unable to reach you by phone. Please call our toll free number 1-800-387-6503 to resolve your
            account balance.

      ( )   Other:

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

# SECURITY DEPOSIT SETTLEMENT

**RESIDENTS NAME:** Sabrina Kilby

**FORWARDING ADDRESS:** 503 Fulton Road #88, Tallahassee, FL 32312

**LEASE EXPIRATION DATE:** ~~9/1/11~~ 6-30-11  **MOVE IN DATE:** 5/1/10  **MOVE OUT DATE:** 7/30/12
(ALL DATES ARE TO BE IN MONTH, DAY, YEAR FORMAT)

THIS IS A NOTICE OF OUR INTENTION TO IMPOSE A CLAIM FOR DAMAGES AS DESCRIBED BELOW UPON YOUR SECURITY DEPOSIT. IT IS SENT OT YOU AS REQUIRED BY SEC. 83.49 F (3) OF FLORIDA STATUTES. YOU ARE HEREBY NOTIFIED THAT ANY OBJECTIONS TO THIS DEDUCTION FROM YOUR SECURITY DEPOSIT MUST BE DIRECTED IN WRITING TO THE ADDRESS GIVEN BELOW WITHIN 15 DAYS FROM THE DATE YOU RECEIVE THIS NOTICE OR WE WILL BE AUTHORIZED TO DEDUCT AND RETAIN OUR CLAIM FROM YOUR SECURITY DEPOSIT.

| PROBLEM AREAS | DAMAGES AS NOTED ON MOVE OUT INSPECTION | TOTAL DUE |
|---|---|---|
| APPLIANCES/KITCHEN | Stove $ 95.00, Cabinets $15 per x 10: $150, Countertops: $35.00, Floor: $35.00, Sink: $20.00, Fridge: $75, Freezer: $50, Dishwasher: $35 | 495.00 |
| DAMAGES | Drip pans: $60 | 60.00 |
| BATHROOMS | Floors: $35, tub: $60, sink: $15, toilet: $25, cabinets: $15 | 150.00 |
| CARPET REPAIR | Replacement $16.50 sq. yd. X 270.02 sq. ($4456.33) , pad $4.50 sq. yd. ($1215.09) | 6670.42 |
| WALL REPAIR | 2 holes total x $50 per repair ($100.00) | 100.00 |
| PAINTING | ENTIRE PAINT$ 700.00 | 700.00 |
| BLINDS | Vertical: $150, 1 living room: $75, 2 bedroom: $150 | 375.00 |
| TRASH OUT | 2 men x $35 hr. x 2 hrs.: $140 | 140.00 |
| FIRE EXTINGUISHER | MODEL # _____ EXPIRATION DATE _____ | |
| EXCESSIVE CLEANING | Walls: $35 per hour x 1 man | 35.00 |
| ECOF | Paid express check out fee | (175.00) |
| | **SUB TOTAL OF ALL CHARGES DUE** | **7650.42** |

**UNIT #** MM-203  **DATE** 7/31/12

**INSPECTED BY:** (signature)

**(PRINTED NAME):** Jessica Harris

**TOTAL AMOUNT DUE:** $7550.42

**MINUS DEPOSITS PAID:** $ 0.00

**REFUND TO RESIDENT:** $ 0.00

**BALANCE DUE PROPERTY:** $ 7550.42

**NAME OF COLLECTION AGENCY:** M G CREDIT ASSOCIATES

**PHONE NUMBER:** 904.387.6503

**TEMPORARY UTILITIES:** 0.00

**PAST DUE RENT:** $ 0.00

**FUTURE RENT:** $0.00

**TOTAL DEDUCTIONS:** $7550.42

**MAIL INQUIRIES OR PAYMENTS TO:**

CAMARON AT WOODCREST
275 JOHN KNOX ROAD
TALLAHASSEE, FLORIDA 32303
850.385.8080

** IF BALANCE NOT PAID IN 30 DAYS ACCOUNT WILL BE TURNED OVER TO COLLECTION AGENCY AS NOTED**

**Camaron at Woodcrest**
Office 850.385.8080   Fax 850.385.4894

APT SHOWN: mm 203
MOVE IN DATE: April 29
APT # CHOSEN: mm 203
LEASING AGENT'S NAME: ___

### PERSONAL INFORMATION

**Do you have a felony arrest record?** NO  **Have you ever had an eviction?** ___  **How did you hear about us?** ___
(Applicants with a felony arrest record will not be accepted for leasing at Camaron at Woodcrest)  Provide details on any eviction ___

**Applicant's Full Name:** Sabrina   DL# [redacted]   SS# [redacted]   DOB 9-24-7[?]
**Spouse's Full Name:** ___   DL# ___   SS# ___   DOB ___
**Names and Ages of Other Occupants:** Tristan Peterson Jr   Age 3
**Cell Phone #:** [redacted]   **Email Address:** sabrinakirby@yahoo.com
**Emergency Contact Name:** Nicki Kirby   **Phone:** ___   **Relationship:** Sister

### RESIDENTIAL HISTORY

**Current Address:** 603 Fulton Rd Apt [?]   **City:** Tallahassee   **State:** FL   **Zip:** 32312
**Apt complex or landlord name:** Fulton Hill   **Manager:** Oriana   **Phone:** [redacted]
**Prior Address:** ___   **Amount Pd:** ___   **Own or Rent From:** ___ to ___
**Apt complex or landlord name:** ___   **Manager:** ___   **Phone:** ___
**Why are you leaving your current residence?** Lease is up for a renewal

### EMPLOYMENT HISTORY

**Present Employer:** LCI   **Phone:** [redacted]   **Supervisor:** CM [?]
**Position:** CO Sgt   **Monthly Income:** 2,700   **How Long?** 1 yrs
**Spouse Employer:** ___   **Phone:** ___   **Supervisor:** ___
**Position:** ___   **Monthly Income:** ___   **How Long?** ___

### PETS: (BREED MUST BE SPECIFIC, NOT "MIXED")

| Breed | Color | Weight | Age | Name | Picture |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### AUTOMOBILES

| Year/Make/Model | Color | Tag # | State | Registered To |
|---|---|---|---|---|
| 2007 | Brown | 625VBD | FL | Sabrina Kirby |
| | | | | |

IF THERE IS MORE THAN ONE APPLICANT, YOU ARE JOINTLY AND SEVERALLY LIABLE FOR ANY PAYMENTS DUE TO US. YOUR SIGNATURE ON THIS APPLICATION, ACKNOWLEDGES THAT YOU HAVE READ AND AGREE TO ALL PROVISIONS. **CORRECT INFORMATION:** YOU REPRESENT THAT ALL OF THE ABOVE STATEMENTS ARE TRUE AND COMPLETE, AND YOU AUTHORIZE VERIFICATION OF THE ABOVE INFORMATION, REFERENCES, CRIMINAL BACKGROUND AND CREDIT RECORDS BY CAMARON AT WOODCREST LLC, ITS PARTNERS, AFFILIATES, AND/OR RELATED ENTITIES. OUR QUALIFYING CRITERIA IF NOT PROVIDED TO YOU IS AVAILABLE UPON REQUEST. YOU ACKNOWLEDGE THAT FALSE INFORMATION MAY CONSTITUTE GROUNDS FOR REJECTION OF THIS APPLICATION, TERMINATION OF RIGHT OCCUPANCY AND FORFEITURE OF DEPOSITS, AND MAY CONSTITUTE A CRIMINAL OFFENCE UNDER THE LAWS OF THIS STATE. **EQUAL CREDIT OPPORTUNITY ACTS:** THE FEDERAL ECOA PROHIBITS DISCRIMINATION AGAINST CREDIT APPLICANTS ON THE BASIS OF SEX, RACE OR MARITAL STATUS. THE FEDERAL AGENCY WHICH ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS RENTAL HOME IS THE FEDERAL TRADE COMMISSION. **APPLICATION FEE AGREEMENT:** YOU HAVE GIVEN US AN "EXPRESS CHECK OUT FEE" (ECOF) IN CONSIDERATION FOR OUR TAKING THE DWELLING OFF THE MARKET, WHILE CONSIDERING APPROVAL OF YOUR APPLICATION. IF YOU ARE APPROVED (EVEN IF YOU HAVE NOT RECEIVED A NOTICE OF APPROVAL FROM US) BUT FAIL TO ENTER INTO THE LEASE, THE ENTIRE ECOF WILL BE RETAINED BY US. IF

**Emergency Contact Name:** Nicki Kilby   **Phone:** ___   **Relationship:** Sister

### RESIDENTIAL HISTORY

**Current Address:** 603 Fulton Rd Apt 17   **City:** Tallahassee   **State:** FL   **Zip:** 32312
**Apt complex or landlord name:** Fulton Hill   **Manager:** Oriana   **Phone:** ___

**Prior Address:** ___   **Amount Pd.** ___   **Own or Rent From:** ___ to ___
**Apt complex or landlord name:** ___   **Manager:** ___   **Phone:** ___
**Why are you leaving your current residence?** Lease is up for a renewal

### EMPLOYMENT HISTORY:

**Present Employer:** LCI   **Phone:** ___   **Supervisor:** T. McClina
**Position:** CO Sgt   **Monthly Income:** 2,700   **How Long?** 10 yrs

**Spouse Employer:** ___   **Phone:** ___   **Supervisor:** ___
**Position:** ___   **Monthly Income:** ___   **How Long?** ___

### PETS: (BREED MUST BE SPECIFIC, NOT "MIXED")

| Breed: | Color: | Weight: | Age: | Name: | Picture |
|---|---|---|---|---|---|
| Breed: | Color: | Weight: | Age: | Name: | Picture |
| Breed: | Color: | Weight: | Age: | Name: | Picture |

### AUTOMOBILES

**Year/Make/Model:** 2007   **Color:** Brown   **Tag #:** 625VBD   **State:** FL   **Registered To:** Sabir Kilby

**Year/Make/Model:** ___   **Color:** ___   **Tag #:** ___   **State:** ___   **Registered To:** ___

IF THERE IS MORE THAN ONE APPLICANT, YOU ARE JOINTLY AND SEVERALLY LIABLE FOR ANY PAYMENTS DUE TO US. YOUR SIGNATURE ON THIS APPLICATION, ACKNOWLEDGES THAT YOU HAVE READ AND AGREE TO ALL PROVISIONS. **CORRECT INFORMATION:** YOU REPRESENT THAT ALL OF THE ABOVE STATEMENTS ARE TRUE AND COMPLETE, AND YOU AUTHORIZE VERIFICATION OF THE ABOVE INFORMATION, REFERENCES, CRIMINAL BACKGROUND AND CREDIT RECORDS BY CAMARON AT WOODCREST LLC, ITS PARTNERS, AFFILIATES, AND/OR RELATED ENTITIES. OUR QUALIFYING CRITERIA IF NOT PROVIDED TO YOU IS AVAILABLE UPON REQUEST. YOU ACKNOWLEDGE THAT FALSE INFORMATION MAY CONSTITUTE GROUNDS FOR REJECTION OF THIS APPLICATION, TERMINATION OF RIGHT OCCUPANCY AND FORFEITURE OF DEPOSITS, AND MAY CONSTITUTE A CRIMINAL OFFENCE UNDER THE LAWS OF THIS STATE. **EQUAL CREDIT OPPORTUNITY ACTS:** THE FEDERAL ECOA PROHIBITS DISCRIMINATION AGAINST CREDIT APPLICANTS ON THE BASIS OF SEX, RACE OR MARITAL STATUS. THE FEDERAL AGENCY WHICH ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS RENTAL HOME IS THE FEDERAL TRADE COMMISSION. **APPLICATION FEE AGREEMENT:** YOU HAVE GIVEN US AN "EXPRESS CHECK OUT FEE" (ECOF) IN CONSIDERATION FOR OUR TAKING THE DWELLING OFF THE MARKET, WHILE CONSIDERING APPROVAL OF YOUR APPLICATION. IF YOU ARE APPROVED (EVEN IF YOU HAVE NOT RECEIVED A NOTICE OF APPROVAL FROM US) BUT FAIL TO ENTER INTO THE LEASE, THE ENTIRE ECOF WILL BE RETAINED BY US. IF YOU ARE APPROVED BY US AND THE LEASE IS ENTERED INTO, THE REQUIRED ECOF WILL BE RETAINED AT TIME OF MOVE OUT FOR NORMAL WEAR AND TEAR DAMAGES. THE ECOF WILL BE REFUNDED ONLY IF YOU ARE NOT APPROVED. KEYS WILL BE FURNISHED AFTER PROOF OF UTILITY CONNECTION HAS BEEN MADE, RENT IS PAID AND THE LEASE IS SIGNED AND ALL DOCUMENTS HAVE BEEN PROPERLY EXECUTED BY ALL PARTIES. **GUARANTY OF LEASE:** IF APPLICANT QUALIFICATIONS DO NOT MEET THE SPECIFIED LEVEL, A GUARANTY OF LEASE MAY BE REQUIRED. YOU ACKNOWLEDGE RECEIPT OF A GUARANTY FORM AND WILL RETURN IT COMPLETED AND NOTARIZED WITHIN 7 DAYS. FAILURE TO PROVIDE A QUALIFIED GUARANTOR WILL ENTITLE US TO REFUSE YOUR APPLICATION FOR THAT REASON AND TO RETAIN THE ECOF AS AGREED AS LIQUIDATED DAMAGES.

**APPLICANT'S SIGNATURE:** X _Sabrine Kilby_   **DATE:** 4-17-20__

**APPLICANT'S SIGNATURE:** X ___   **DATE:** ___

## Transaction Listing

*All transactions*

| Customer | Account | Property | Unit | Move In | Move Out |
|---|---|---|---|---|---|
| SABRINA KILBY | 2877 | Camaron at Woodcrest | MM203 | 5/1/2010 | 7/30/2012 |

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 04/30/10 | | Expess Check Out Fee Charged | | 175.00 | 175.00 |
| 04/30/10 | 2431 | Payment Received – Thank You | EXPRESS CHECK OUT FEE | (175.00) | 0.00 |
| 05/01/10 | | Cable TV | CABLE TV | 20.00 | 20.00 |
| 05/01/10 | | Rent Charge | RENT CHARGE | 645.00 | 665.00 |
| 05/01/10 | | Monthly Utility Charged CAW | UTILITY CHARGE | 40.00 | 705.00 |
| 05/03/10 | 2429 | Payment Received – Thank You | CABLE,RENT,UTILITIES | (705.00) | 0.00 |
| 06/01/10 | | Cable TV | CABLE TV | 20.00 | 20.00 |
| 06/01/10 | | Rent Charge | RENT CHARGE | 645.00 | 665.00 |
| 06/01/10 | | Monthly Utility Charged CAW | UTILITY CHARGE | 40.00 | 705.00 |
| 06/04/10 | 2438 | Payment Received – Thank You | RENT,CABLE,UTILITIES | (705.00) | 0.00 |
| 07/01/10 | | Cable TV | CABLE TV | 20.00 | 20.00 |
| 07/01/10 | | Rent Charge | RENT CHARGE | 645.00 | 665.00 |
| 07/01/10 | | Monthly Utility Charged CAW | UTILITY CHARGE | 40.00 | 705.00 |
| 07/06/10 | 2440 | Payment Received – Thank You | RENT,UTILITIES,CABLE | (705.00) | 0.00 |
| 08/01/10 | | Cable TV | CABLE TV | 20.00 | 20.00 |
| 08/01/10 | | Rent Charge | RENT CHARGE | 645.00 | 665.00 |
| 08/01/10 | | Monthly Utility Charged CAW | UTILITY CHARGE | 40.00 | 705.00 |
| 08/03/10 | 2448 | Payment Received – Thank You | CABLE,RENT,UTILTIES | (705.00) | 0.00 |
| 09/01/10 | | Cable TV | | 20.00 | 20.00 |
| 09/01/10 | | Rent Charge | | 645.00 | 665.00 |
| 09/01/10 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 09/03/10 | 2455 | Payment Received – Thank You | | (705.00) | 0.00 |
| 10/01/10 | | Cable TV | | 20.00 | 20.00 |
| 10/01/10 | | Rent Charge | | 645.00 | 665.00 |
| 10/01/10 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 10/04/10 | 2465 | Payment Received – Thank You | | (705.00) | 0.00 |
| 11/01/10 | | Cable TV | | 20.00 | 20.00 |
| 11/01/10 | | Rent Charge | | 645.00 | 665.00 |
| 11/01/10 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 11/02/10 | 2471 | Payment Received – Thank You | | (705.00) | 0.00 |
| 12/01/10 | | Cable TV | | 20.00 | 20.00 |
| 12/01/10 | | Rent Charge | | 645.00 | 665.00 |
| 12/01/10 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 12/04/10 | | Payment Received – Thank You | 2478 | (705.00) | 0.00 |
| 01/01/11 | | Cable TV | | 20.00 | 20.00 |
| 01/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 01/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 01/03/11 | 2485 | Payment Received – Thank You | | (705.00) | 0.00 |
| 02/01/11 | | Cable TV | | 20.00 | 20.00 |
| 02/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 02/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 02/03/11 | 2487 | Payment Received – Thank You | | (705.00) | 0.00 |
| 03/01/11 | | Cable TV | | 20.00 | 20.00 |
| 03/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 03/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 03/03/11 | 2495 | Payment Received – Thank You | | (705.00) | 0.00 |
| 04/01/11 | | Cable TV | | 20.00 | 20.00 |
| 04/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 04/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 04/04/11 | 2504 | Payment Received – Thank You | | (705.00) | 0.00 |
| 05/01/11 | | Cable TV | | 20.00 | 20.00 |
| 05/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 05/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 05/02/11 | 2516 | Payment Received – Thank You | CABLE,UTILTIES, RENT | (705.00) | 0.00 |
| 06/01/11 | | Cable TV | | 20.00 | 20.00 |

Transaction listing   9/14/12 2:22pm                Page 1 of 3            rentmanager.com – property management systems   rev.3429

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 06/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 06/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 06/06/11 | 108 | Payment Received - Thank You | | (705.00) | 0.00 |
| 06/30/11 | 2522 | Payment Received - Thank You | | (705.00) | (705.00) |
| 07/01/11 | | Cable TV | | 20.00 | (685.00) |
| 07/01/11 | | Rent Charge | | 645.00 | (40.00) |
| 07/01/11 | | Monthly Utility Charged CAW | | 40.00 | 0.00 |
| 08/01/11 | | Cable TV | | 20.00 | 20.00 |
| 08/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 08/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 08/01/11 | 2529 | Payment Received - Thank You | CH | (705.00) | 0.00 |
| 09/01/11 | | Cable TV | | 20.00 | 20.00 |
| 09/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 09/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 09/03/11 | 2528 | Payment Received - Thank You | CK | (705.00) | 0.00 |
| 10/01/11 | | Cable TV | | 20.00 | 20.00 |
| 10/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 10/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 10/03/11 | 2533 | Payment Received - Thank You | CK | (705.00) | 0.00 |
| 11/01/11 | | Cable TV | | 20.00 | 20.00 |
| 11/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 11/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 11/04/11 | 2538 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 12/01/11 | | Cable TV | | 20.00 | 20.00 |
| 12/01/11 | | Rent Charge | | 645.00 | 665.00 |
| 12/01/11 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 12/02/11 | 2540 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 01/01/12 | | Cable TV | | 20.00 | 20.00 |
| 01/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 01/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 01/03/12 | 2545 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 02/01/12 | | Cable TV | | 20.00 | 20.00 |
| 02/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 02/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 02/02/12 | 2547 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 03/01/12 | | Cable TV | | 20.00 | 20.00 |
| 03/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 03/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 03/01/12 | | Rent Concession | Resident referral for U108-Blair | (100.00) | 605.00 |
| 03/02/12 | 2551 | Payment Received - Thank You | ck | (605.00) | 0.00 |
| 04/01/12 | | Cable TV | | 20.00 | 20.00 |
| 04/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 04/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 04/02/12 | 2560 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 05/01/12 | | Cable TV | | 20.00 | 20.00 |
| 05/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 05/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 05/03/12 | 2562 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 06/01/12 | | Cable TV | | 20.00 | 20.00 |
| 06/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 06/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 06/02/12 | 2565 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 07/01/12 | | Cable TV | | 20.00 | 20.00 |
| 07/01/12 | | Rent Charge | | 645.00 | 665.00 |
| 07/01/12 | | Monthly Utility Charged CAW | | 40.00 | 705.00 |
| 07/09/12 | 2571 | Payment Received - Thank You | ck | (705.00) | 0.00 |
| 07/31/12 | | Cleaning Fee | kitchen cleaning fee | 495.00 | 495.00 |
| 07/31/12 | | Repairs and Maintenance Charge | drip pans | 60.00 | 555.00 |
| 07/31/12 | | Cleaning Fee | bathroom cleaning fee | 150.00 | 705.00 |
| 07/31/12 | | Carpet Replacment / Cleaning | carpet replacement- 270.02 sq ft | 5,670.42 | 6,375.42 |
| 07/31/12 | | Repairs and Maintenance Charge | drywall repair | 100.00 | 6,475.42 |
| 07/31/12 | | Repairs and Maintenance Charge | full paint | 700.00 | 7,175.42 |
| 07/31/12 | | Blind Replacement | blind replacement-1 vertical, 3 mini | 375.00 | 7,550.42 |

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 07/31/12 | | Cleaning Fee | blind Trash out- 2 men x 2 hours x $35 hr | 140.00 | 7,690.42 |
| 07/31/12 | | Cleaning Fee | cleaning of walls before painting | 35.00 | 7,725.42 |
| 07/31/12 | | Express Ck Out Adjustment | | (175.00) | 7,550.42 |
| 07/31/12 | | Tenant Sent to Collections | Sent to MG Collections | (7,550.42) | 0.00 |

**Camaron at Woodcrest, LLC**
275 John Knox Road
Tallahassee, Florida 32303
Ph: (850) 384-8080  Fx: (850) 385-8494
Web: www.cameronatwoodcrest.com

## Joint and Several Lease

Date of Lease: 4-29-10

Lease Start Date: 5-1-10

Lease End Date: 6-1-11

Resident Name: Sabrina Kilby

Resident Email Address: Sabrina_Kilby@yahoo.com

Resident Phone: 850-508-1738

Your email address will be the primary means by which you receive important notices from Landlord. It is your responsibility to provide an email address that you use and check.

Unit # MM203

Landlord:            Camaron at Woodcrest, LLC

Landlord Address:    275 John Knox Road
                     Tallahassee Florida, 32303

Landlord Phone:      (850) 384-8080

### One Time Fees

Application Fee: _____
Security Deposit: _____
Express Check Out: 175
Communication Setup: _____
Furniture Setup: _____
Pet Fee: _____
Utility Deposit: _____

### Recurring Fees

Rent: 665
Furniture: _____
Pet Rent: _____
Other water: 40
Total due on 1st of every month: 205

Total prorated rent for this month _____ Prorated amount due on August 1st N/A
Total lease term (without utilities) _____ + utilities

Page 1 of 10                          Resident Initials SK

18. Residents are prohibited from operating a business such as a daycare facility or car detailing services in their unit. Business signs are also prohibited on property or on display (window) which is visible to the public.

19. Access Gate. If an access gate is provided at this unit community, we are providing a controlled access gate in an attempt to control access to the premises. The gate is not a guarantee of your personal safety or security, nor is it a guarantee against criminal activity and we do not represent that the presence of the gate increases your personal safety. The hours of use of the gate may be changed by us without notice to you and we may remove or not operate the gate at any time. It is not provided for your security and any benefit you may receive from the gate is incidental to the existence of the gate. We are not and will not become liable to you or your guests for any personal injury, damage to automobiles or any other damage or loss which is caused as a result of any problem, defect, malfunction, disruption or failure of the performance of the gate. You agree that you understand how to use the gate and visitor entry system. You agree that you will take no actions which will impair the use or function of the gate and you further agree to reimburse us for any damages or repairs required as a result of actions by you or your guests. You have been issued a magnetically or electronically encoded access card, which continues to belong to us. You agree to return the access card to us at the termination of your lease. If the access card is lost or destroyed, or not returned at lease termination, you agree to pay $100 to us for its replacement, or forfeit your deposit or express check out fee.

20. Resident Decals. Residents shall be furnished with a numerical window sticker decal upon commencement of their lease. Residents must return the decal at time of move out or their security deposit shall be forfeited, or $100 will be assessed on their account.

And we have entered into this lease agreement on the 29 day of April, 2010.

_____
Resident (signed: Sabrina Kelsey)

_____
Cameron at Woodcrest Manager

_____
Resident